# Exhibit C

SOLA
SOPHIA A. MEDINA, ESQ
Nevada Bar No. 12446
**LEGAL AID CENTER OF**
**SOUTHERN NEVADA, INC.**
725 E. Charleston Blvd.
Las Vegas, Nevada 89104
Telephone: (702) 386-1070 x 1453
Facsimile: (702) 386-1453
smedina@lacsn.org
Attorney for Defendants

Electronically Filed
11/27/2013 09:37:21 AM

*[signature]*

**CLERK OF THE COURT**

# DISTRICT COURT

# CLARK COUNTY, NEVADA

| | |
|---|---|
| JUDITH STARKS,<br><br>                    Plaintiff,<br>vs.<br><br>TITLEMAX OF NEVADA, INC., a registered foreign corporation; DOES I through X, inclusive; and ROES 1 through 10, inclusive,<br><br>                    Defendants. | Case No.:   A-13-692261-C<br>Dept. No:   XXVI<br><br>**STATEMENT OF LEGAL AID**<br>**REPRESENTATION**<br>**(PURSUANT TO NRS 12.015)** |

Party Filing Statement:   [X] Plaintiff/Petitioner        ☐ Defendant/Respondent

### STATEMENT

   **JUDITH STARKS**, has qualified and been accepted for placement as a Pro Bono client or as a direct client of **LEGAL AID CENTER OF SOUTHERN NEVADA, INC**, a nonprofit organization providing free legal assistance to indigents, and is entitled to pursue or defend this action without costs, including filing fees and fees for service of writ, process, pleading or paper without charge, as set forth in NRS 12.015.
Dated:  November 26, 2013

   SOPHIA A. MEDINA, ESQ.                    /s/ Sophia A. Medina
Printed Name of Legal Aid Center of S.N., Preparer    Signature of Legal Aid Center of S.N. Preparer
Nevada Bar No.:   12446

**Submitted by:**
**LEGAL AID CENTER OF**
**SOUTHERN NEVADA, INC.**
**800 S. Eighth Street**
**Las Vegas, Nevada 89101**
**Phone: (702) 386-1070**