# Exhibit D

Electronically Filed
11/27/2013 01:13:31 PM

CLERK OF THE COURT

**CERT**
SOPHIA A. MEDINA, ESQ.
Nevada Bar No.: 12446
**LEGAL AID CENTER OF**
**SOUTHERN NEVADA, INC.**
725 E. Charleston Blvd.,
Las Vegas, NV 89104
Telephone: (702) 386-1070 x 1453
Facsimile: (702) 386-1453
smedina@lacsn.org

## EIGHTH JUDICIAL DISTRICT COURT

## CLARK COUNTY, NEVADA

JUDITH STARKS,

        Plaintiff,

vs.

TITLEMAX OF NEVADA, INC., a registered foreign corporation; DOES I through X, inclusive; and ROES 1 through 10, inclusive,

        Defendants.

Case No.: A-13-692261-C
Dept. No: XXVI

### CERTIFICATE OF MAILING

I hereby certify that on the  27th  day of November, 2013, I placed a true and correct copy of the **PLAINTIFF'S MOTION FOR AN EX PARTE TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION** in the United States Mail in Las Vegas, Nevada with first-class postage prepaid, addressed to the following:

The Corporation Trust Company of Nevada
311 S. Division St.
Carson City, NV 89703
Registered Agent for Defendant

        /s/   Rosie Najera
An employee of Legal Aid Center of Southern Nevada, Inc.

## CERTIFICATE OF FACSIMILE DELIVERY AND MAILING

I hereby certify that on the  27th  day of November, 2013, I served the foregoing **PLAINTIFF'S MOTION FOR AN EX PARTE TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION**, along with the **COMPLAINT** via Facsimile pursuant to EJDCR 7.26, and via United States Mail in Las Vegas, Nevada with first-class postage prepaid, addressed to the following:

TitleMax of Nevada, Inc.,
3525 S. Fort Apache Rd., Suite 160
Las Vegas, NV 89147
Facsimile: *702-362-0039*

/s/   Rosie Najera
An employee of Legal Aid Center of Southern Nevada, Inc.

## Rosie Najera

| | |
|---|---|
| **From:** | FAXSERVER@lacsn.org |
| **Sent:** | Wednesday, November 27, 2013 12:39 PM |
| **To:** | Rosie Najera |
| **Subject:** | FaxFinder Fax Notification: Successfully sent fax to 9,3620039 |
| **Attachments:** | fax_outbound_9,3620039_20131127_123802_0000050E-0000.pdf |

```
Create Time: 11/27/2013 11:59:21 AM -0800 Schedule Time: 11/27/2013 12:38:02 PM -0800
State: sent
Schedule Message: Successfully sent fax
Hangup code: 0
Try #: 1
Username: RNajera
Sender name: Rosa Najera
Sender email: rnajera@lacsn.org
Sender phone:
Sender fax: (702)386-1427
Sender org:
Subject:
Max tries: 3
Try interval: 300
Priority: 3
Pages: 31
Recipient fax: 9,3620039
Recipient phone:
Recipient name: Titlemax of Nevada, Inc.
Recipient org:
Use cover page: false
Receipt: always
```