# Exhibit E

ORIGINAL

# District Court
## Clark County, Nevada

Electronically Filed
12/17/2013 02:12:03 PM

*[signature]*

CLERK OF THE COURT

JUDITH STARKS,

        Plaintiff,

vs.

TITLEMAX OF NEVADA, INC., a registered foreign corporation; DOES I through X, inclusive; and ROES 1 through 10, inclusive,

        Defendants.

Case No.: A-13-692261-C
Dept. No: XXVI

**SUMMONS**

**NOTICE!  YOU HAVE BEEN SUED.  THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS.  READ THE INFORMATION BELOW.**

TO THE DEFENDANT(S):  A civil Complaint has been filed by the plaintiff(s) against you for the relief set forth in the Complaint.

    1. If you intend to defend this lawsuit, within 20 days after this Summons is served on you, exclusive of the day of service, you must do the following:

        (a) File with the Clerk of this Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court, with the appropriate filing fee.

        (b) Serve a copy of your response upon the attorney whose name and address is shown below.

    2. Unless you respond, your default will be entered upon application of the plaintiff(s) and failure to so respond will result in a judgment of default against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint.

    3. If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.

    4. The State of Nevada, its political subdivision, agencies, officers, employees, board members, commission members and legislators each have 45 days after service of this Summons within which to file an Answer or other responsive pleading to the Complaint.

Submitted by:

*[signature]*

SOPHIA A. MEDINA, ESQ.
Nevada Bar #12446
Legal Aid Center of Southern Nevada, Inc.
725 E. Charleston Blvd.
Las Vegas, NV 89104
(702) 386-1070 Ext. 1453
Attorney for Plaintiff

STEVEN D. GRIERSON
Clerk of the Court

By: *[signature]*
DEPUTY CLERK
Regional Justice Center
200 South Third Street
Las Vegas, Nevada 89155

DEC 0 3 2013
Date
KORY SCHLITZ

NOTE:  When service is by publication, add a brief statement of the object of the action.
       See Rules of Civil Procedure, Rule 4(b).

# AFFIDAVIT OF SERVICE

STATE OF NEVADA )
)
COUNTY OF CARSON CITY )

Norma Holland-Dunham, being duly sworn deposes and says: that at all times herein affiant was and is a citizen of the United States, over 18 years of age, licensed to serve civil process in the state of Nevada under license #389, and not a party to or interested in the proceeding in which this affidavit is made. The affiant received on Thursday December 05 2013; 1 copy(ies) of the:

**SUMMONS; COMPLAINT AND DEMAND FOR JURY TRIAL; PLAINTIFF'S MOTION FOR AN EX PARTE TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION**

I served the same on Thursday December 05 2013 at 12:00PM by:

**Serving Defendant TITLEMAX OF NEVADA, INC., A REGISTERED FOREIGN CORPORATION, BY SERVING THE CORPORATION TRUST COMPANY OF NEVADA, REGISTERED AGENT**

Substituted Service, by leaving the copies with or in the presence of: ALENA DUGGAN, ADMINISTRATIVE ASSISTANT ON BEHALF OF THE CORPORATION TRUST COMPANY OF NEVADA, REGISTERED AGENT, PURSUANT TO NRS 14.020 SUBSECTION 6(B), AS A PERSON OF SUITABLE AGE AND DISCRETION AT THE ADDRESS BELOW, WHICH ADDRESS IS THE MOST RECENT ACTUAL PHYSICAL LOCATION IN THIS STATE AT WHICH THE REGISTERED AGENT IS AVAILABLE FOR SERVICE OF PROCESS, AS SHOWN ON THE CURRENT CERTIFICATE OF DESIGNATION FILED WITH THE SECRETARY OF STATE Authorized Agent. at the Defendant's Business located at 311 S DIVISION ST, Carson City, NV 89703.

SUBSCRIBED AND SWORN to before me on this DECEMBER 12, 2013 By the Affiant.

_____
Notary Public

1389

COLLETTE TEUSCHER
NOTARY PUBLIC
STATE OF NEVADA
No. 09-10583-2 My Appt. Exp. Jan. 10, 2017

_____
Affiant: Norma Holland-Dunham #R-061612
LEGAL WINGS, INC. - NV LIC #389
1118 FREMONT STREET
Las Vegas, NV 89101
(702) 384-0305, FAX (702) 384-8638

p1076323 .3861070.414001 W