# Exhibit G

Case 2:14-cv-00012-JCM-NJK   Document 1-8   Filed 01/03/14   Page 1 of 7

Electronically Filed
12/31/2013 02:13:29 PM

CLERK OF THE COURT

1  **NEO**
2  Maren Parry
   Nevada Bar 9643
3  BALLARD SPAHR LLP
   100 North City Parkway, Suite 1750
4  Las Vegas, Nevada 89106
   Phone: (702) 471-7000
5  Fax: (702) 471-7070
6  Email: parrym@ballardspahr.com

7  *Attorneys for Defendant*

## DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| JUDITH STARKS, | CASE NO. A-13-692261-C |
| | DEPT. NO. 26 |
| Plaintiff, | |
| v. | |
| TITLEMAX OF NEVADA, INC., a registered foreign, DOES I through X, inclusive; and ROES 1 through 10, inclusive, | |
| Defendants. | |

### NOTICE OF ENTRY OF STIPULATION AND ORDER EXTENDING THE TIME FOR DEFENDANTS TO ANSWER COMPLAINT

**PLEASE TAKE NOTICE** that on the 31st December 2013, the Clerk of the Court entered the **STIPULATION AND ORDER EXTENDING THE TIME FOR DEFENDANTS TO ANSWER COMPLAINT** in the above-entitled matter. A copy of

///
///
///
///

DMWEST #10470909 v1

said Order is attached hereto as Exhibit 1.

Dated: December 31, 2013.

BALLARD SPAHR LLP

*/s/ Maren Parry*
Maren Parry
Nevada Bar No. 9643
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106-4617
Telephone: 702.471.7000
Facsimile: 702.471.7070

*Attorneys for Defendant*

2

BALLARD SPAHR LLP
100 NORTH CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106
(702) 471-7000 FAX (702) 471-7070

# CERTIFICATE OF SERVICE

Pursuant to N.R.C.P. 5(b), I hereby certify that on the 31st day of December 2013, a true and correct copy of the foregoing **Notice of Entry of Stipulation and Order Extending the Time for Defendants to Answer Complaint** was served to the following in the manner set forth below:

Sofia A. Medina, Esq.
Legal Aid Center of Southern Nevada, Inc.
Nevada Bar No. 12446
725 East Charleston Blvd.
Las Vegas, NV 89104

*Attorneys for Plaintiff*

☐ Hand Delivery

☐ FACSIMILE TRANSMISSION

X U.S. MAIL, POSTAGE PREPAID

☐ Certified Mail, Receipt No. [Type No], return receipt requested

An employee of BALLARD SPAHR LLP

3

DMWEST #10470909 v1

# EXHIBIT 1

# EXHIBIT 1

Electronically Filed
12/31/2013 10:49:27 AM

*[signature]*

**CLERK OF THE COURT**

1  SAO
2  Maren Parry
   Nevada Bar 9643
3  BALLARD SPAHR LLP
   100 North City Parkway, Suite 1750
4  Las Vegas, Nevada 89106
5  Phone: (702) 471-7000
   Fax: (702) 471-7070
6  Email: parrym@ballardspahr.com

7  *Attorneys for Defendant*

## DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| JUDITH STARKS, | CASE NO. A-13-692261-C |
| | DEPT. NO. 27 ~~27~~ 2C |
| Plaintiff, | |
| v. | |
| TITLEMAX OF NEVADA, INC., a registered foreign, DOES I through X, inclusive; and ROES 1 through 10, inclusive, | |
| Defendants. | |

### STIPULATION AND ORDER EXTENDING THE TIME FOR DEFENDANTS TO ANSWER COMPLAINT

Plaintiff and Defendants hereby stipulate and agree that Defendants shall have through and including January 27, 2013, in which to file a response to the Complaint and Demand for Jury Trial filed November 26, 2013, and served upon Defendants December 5, 2013. Defendants further stipulate and agree that

DMWEST #10451959 v1

Defendants' response shall be in the form of an Answer to the Complaint and Demand for Jury Trial. Defendants reserve all rights to assert any and all affirmative defenses.

IT IS SO STIPULATED.

DATED this 13 day of December, 2013.

BALLARD SPAHR LLP

_____
Maren Parry, Esq. #9457 for
Nevada Bar No. 9643
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000

*Attorneys for Defendants*

LEGAL AID CENTER OF SOUTHERN NEVADA, INC.

_____
Sophia A. Medina, Esq.
Nevada Bar No. 12446
725 East Charleston Blvd.
Las Vegas, NV 89104

Attorney for Plaintiff

IT IS SO ORDERED.

_____
DISTRICT COURT JUDGE
Dated: 12/23/13

Respectfully submitted,

BALLARD SPAHR LLP

By: _____
Maren Parry, Esq.
Nevada Bar No. 9643
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106

Attorneys for Defendants

2

DMWEST #10451959 v1